# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA for<br>The use of WORTHINGTON MID-RISE<br>CONSTRUCTION, INC.,<br><br>      Plaintiff,<br>v.<br><br>TRAVELERS CASUALTY AND<br>SURETY OF AMERICA,<br><br>      Defendant. | Case No. CV411-308 |

## **ORDER**

On July 23, 2012, the Court set aside a default judgment plaintiff had obtained in this Miller Act case. (Doc. 26.) Defendant filed its answer on August 6, 2012. (Doc. 28.) The parties, however, have yet to file a Fed. R. Civ. P. 26(f) report, as required by the Federal Rules and S.D. Ga. LR 26.1(a). The proper procedure was explained in detail in the Court's general order of instructions, which was entered immediately upon plaintiff's filing of this case. (Doc. 4.)

The Court relies upon this report in crafting its Fed. R. Civ. P. 16 scheduling order. Because of the parties' delay in submitting this report,

they are advised that the Court will not be inclined to entertain any further delay in these proceedings. The parties are further instructed to confer *immediately* and to submit a joint Rule 26(f) report within 14 days of the date of this Order.

**SO ORDERED** this 17th day of January, 2013.

UNITED STATES MAGISTRATE JUDGE
**SOUTHERN DISTRICT OF GEORGIA**